**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:04CV429-1**
**3:01CR36-1**

DAVID PEREZ-GARCIA,                    )
                                       )
                    Petitioner,        )
                                       )
       v.                              )
                                       )
UNITED STATES OF AMERICA,              )        ORDER AND JUDGMENT
                                       )
                    Respondent.        )
_____    )

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1. Respondent's Motion for Summary Judgment is granted; and

2. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence is denied.

DATED this 10th day of April, 2007.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court