IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV429-1
3:01CR36-1

| | |
|---|---|
| DAVID PEREZ-GARCIA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | ORDER AND JUDGMENT |
| ) | |
| Respondent. ) | |
| _____) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that petitioner's motion under Federal Rules of Civil Procedure Rule 15(c)(2) (Filing No. 24) is denied.

DATED this 31st day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court